IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                              *

    Cheddy Wayne Matthews              *     Case No.: 16-26692
                                                 (Chapter 13)
    Debtor                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DECLARATION OF DEBTOR

I am over twenty-one years old and am competent to testify to the facts and matters set forth in this Declaration. I have personal knowledge of the facts and matters set forth in this Declaration.

1. On or about February 21st, 2017 Jan I. Berlage, my attorney, filed Amended Schedules I and J subtracting my pension payments paid to my ex-wife, Yvonne Matthews, per a Property Settlement Agreement.

2. My attorney filed Amended Schedules B and C adding my pension and exemption of it.

3. My attorney also filed an Amended Statement of Currently Monthly Income reflecting the pension payments paid to my ex-wife Yvonne Matthews.

4. I am aware of and approved of this filing.

**I, Cheddy Wayne Matthews, solemnly swear and affirm under the penalties of perjury, that the contents of the foregoing Declaration are true and accurate to the best of my knowledge, information and belief.**

2/14/2017
_____            _____
Date                                                        Cheddy Wayne Matthews